### MANN v. THE STATE.
(Two Cases.)
(Decided April 22, 1915.)

APPEAL from Marion Circuit Court.

Heard before Hon. BERNARD HARWOOD.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed for want of prosecution.